UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4: 22 CR 77 RWS-2 |
| GEOFFREY MEYER, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Given that defendant has been released from the custody of the Bureau of Prisons,

**IT IS HEREBY ORDERED** that the motions for relief under Amendment 821 and appointment of counsel [115, 117, 122] are denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2025.